IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.	CASE NO.: 4:01cr59-SPM

MARCUS DEGEORGE,

    Defendant.
_____/

### ORDER DENYING MOTION TO REDUCE UNDER 18 U.S.C. § 3582

This cause comes before the Court on Defendant Marcus DeGeorge's request for appointment of counsel and for a sentence reduction under the retroactive crack cocaine amendment (Amendments 706 and 711) and 18 U.S.C. § 3582(c).  Although both requests were filed in a single document, the clerk has docketed each separately.

Upon review, the Court finds that Defendant is not entitled to a sentence reduction because application of the guideline amendment results in no change to his sentencing range.  Defendant's offense involved more than 4.5 kilograms of crack cocaine, which corresponds to a base offense level of 38 under the old drug quantity table and the amended drug quantity table.  Because Defendant's sentencing range remains the same, he is not eligible for a reduction.  No

appointment of counsel is necessary.  Accordingly, it is

   ORDERED AND ADJUDGED that the request for appointment of counsel (doc. 203) and the request for a sentence reduction (doc.202) are denied.

   DONE AND ORDERED this 25th day of March, 2008.

   *s/ Stephan P. Mickle*
   Stephan P. Mickle
   United States District Judge