IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                                         CASE NO.: 4:01cr59-SPM

MARCUS DEGEORGE,

      Defendant.
_____/

### ORDER DENYING MOTION TO REDUCE UNDER 18 U.S.C. § 3582

This cause comes before the Court on Defendant Marcus DeGeorge's motion for a sentence reduction under the retroactive crack cocaine amendment. Docs. 205 and 208.  This is the second time the Court is reviewing Defendant's sentence for a reduction.

The first time, Defendant filed on January 24, 2008, a pro se "Request for Appointed Counsel" and "Request to Proceed" with a modification of sentence under the crack cocaine amendments.  Doc. 202.  This was purportedly filed by Defendant himself and not by the Federal Public Defender.  The Court denied these requests by order (doc. 204) dated March 25, 2008.

There is nothing about Defendant's second motion that would change the previous ruling.  Defendant was convicted of an offense involving more than 50 grams of crack cocaine.  At sentencing it was determined that the offense

involved more than 4.5 kilograms of crack cocaine.  This drug amount corresponds to a base offense level of 38 under the old drug quantity table as well as under the amended drug quantity table.  Because Defendant's sentencing range remains the same under the amendment, he is not eligible for a reduction.  Accordingly, it is

ORDERED AND ADJUDGED that Defendant's motion for a sentence reduction (doc.205) is denied.

DONE AND ORDERED this 5th day of June, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO.: 4:01cr59-SPM